## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



ESTEBAN TORRES-MELECIO,

Plaintiff(s)

v.                                    Civil No. 96-2218(SEC)

HOSPITAL SAN JORGE, et al.,

Defendant(s)

| DESCRIPTION OF MOTION |
|---|

| Date Filed: 04-07-99 | Docket No. 25 | Title: **Motion of Contempt** |
|---|---|---|

[x] Plaintiff(s)          [ ] Defendant(s)

## ORDER

[ ] is GRANTED.          Order:

[✓] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

12/20/99
Date

J. Antonio Castellanos
U.S. Magistrate Judge

